# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Warren, David M. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court - Eastern District of North Carolina | **3. Date of Report**<br><br>08/22/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Century Station Post Office and Courthouse
300 Fayetteville Street, Room 323
Raleigh, NC 27601-1749

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman | FRMT, Ltd. |
| 2. | Chairman | Turner W. Battle Scholarship Trust (Rocky Mount Academy) |
| 3. | Power of Attorney | POA #1 |
| 4. | Director | Paramount Condominium Homeowners Association, Inc. |
| 5. | President | 9 Shearwater Street Condominium Owners Association, Inc. |
| 6. | Manager | 9 Shearwater LLC |
| 7. | Manager | Roofjumpers LLC |
| 8. | Manager | McLash LLC |
| 9. | Adjunct Professor | Norman A. Wiggins School of Law (Campbell University) |
| 10. | Co-Executor | Decedant's Estate #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinued in approximately 1991. |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

2. _____

3. _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/13/2016 | Campbell University -Salary | $2,500.00 |
| 2. 10/14/2016 | Campbell University-Salary | $2,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Smith Moore Leatherwood LLP- Salary |
| 2. 2016 | K & L Gates LLC-Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kappa Alpha Order Educational Foundation | 4/8/2016-4/9/2016 | Greenville, SC | Board Meeting | transporation, lodging food |
| 2. | Eastern Bankruptcy Institute, Inc. | 5/4/2016-5/6/2016 | Myrtle Beach, SC | Seminar | transportation, lodging, food |
| 3. | FRMT Ltd. | 6/9/2016-6/10/2016 | Indianapolis, IN | Board Meeting | transportation, lodging, food |
| 4. | Kappa Alpha Order | 7/29/2016-7/30/2016 | Oklahoma City, OK | Board Meeting | transportation, lodging, food |
| 5. | National Conference of Bankruptcy Judges | 10/25/2015-10/27/2016 | San Francisco, CA | Annual Meeting | lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Warren, David M. | 08/22/2017 |

| | | | | |
|---|---|---|---|---|
| 6. | N.C. Bar Association | 11/18/2016 | New Bern, NC | NC Bar Association Annual Bankruptcy Institute | transportation, lodging, food |
| 7. | Turnaround Management Association | 12/6/2016 | Charlotte, NC | Annual Meeting | transportation, lodging, food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sound Bank | Personal Guaranty on Loan to a Limited Liability Company | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Purchasee Money Mortgage Held by LLC | D | Dividend | L | T | | | | | |
| 2. | Rental Raleigh, Wake County, NC (50% interest) | D | Rent | M | W | | | | | |
| 3. | House, Investment, Littleton, NC (50% interest)(X) | | None | P1 | W | | | | | |
| 4. | House, Wrightsville Beach, NC (1/3 interest) | | None | N | W | Buy | 12/21/16 | M | | Frank Hirsch |
| 5. | Northwestern Mutual Life Whole Life Policy | C | Dividend | M | T | | | | | |
| 6. | National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 7. | Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 8. | Allergan PLC (AGN) | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 9. | Anheuser-Busch Inbev (BUD) | | None | K | T | Buy | 11/04/16 | K | | |
| 10. | Avansix (ASIX) | | None | | | Spinoff (from line 36) | 10/03/16 | J | | |
| 11. | | | | | | Sold | 12/02/16 | J | A | |
| 12. | Boeing (BA) | B | Dividend | K | T | Buy | 02/29/16 | K | | |
| 13. | Boston Beer Company (SAM) | | None | K | T | Buy | 03/14/16 | K | | |
| 14. | Chemours | | None | | | Sold | 01/19/16 | J | A | |
| 15. | Clorox (CLX) | B | Dividend | L | T | | | | | |
| 16. | Coca Cola (KO) | A | Dividend | K | T | | | | | |
| 17. | Conagra Foods (CAG) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cummins (CMI) | B | Dividend | K | T | | | | | |
| 19. Dieago (DEO) | A | Dividend | K | T | | | | | |
| 20. Dow Chemical Company | A | Dividend | | | Sold | 08/09/16 | K | C | |
| 21. DuPont (DD) | A | Dividend | | | Sold | 07/19/16 | K | A | |
| 22. Eastman Chemical Company | A | Dividend | | | Sold | 07/19/16 | K | A | |
| 23. Eaton Corp (ETN) | B | Dividend | K | T | | | | | |
| 24. Emerson Electric (EMR) | A | Dividend | K | T | | | | | |
| 25. Exxon Mobil (XOM) | B | Dividend | K | T | | | | | |
| 26. Flowers Foods (FLO) | A | Dividend | | | Buy | 04/01/16 | K | | |
| 27. | | | | | Sold | 08/16/16 | K | A | |
| 28. Fluor (FLR) | A | Dividend | | | Sold | 04/01/16 | K | A | |
| 29. General Electric (GE) | A | Dividend | K | T | | | | | |
| 30. General Mills (GIS) | A | Dividend | K | T | | | | | |
| 31. Hain Celestial Group (HAIN) | | None | K | T | Buy | 11/28/16 | K | | |
| 32. Halyard Health (HYH) | | None | | | Buy | 04/06/16 | K | | |
| 33. | | | | | Sold | 08/26/16 | K | D | |
| 34. Heineken (HEINY) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hershey Company | A | Dividend | K | T | | | | | |
| 36. Honeywell (HON) | A | Dividend | K | T | Buy | 08/09/16 | K | | |
| 37. IBM | A | Dividend | | | Sold | 07/19/16 | K | A | |
| 38. Johnson & Johnson (JNJ) | B | Dividend | K | T | | | | | |
| 39. Kellogg (K) | A | Dividend | K | T | | | | | |
| 40. Kimberly-Clark (KMB) | | None | K | T | Buy | 12/02/16 | K | | |
| 41. Kraft Heinze Company (KHC) | B | Dividend | K | T | | | | | |
| 42. Lamb Weston Holdings (LW) | | None | | | Spinoff (from line 17) | 11/17/16 | J | | |
| 43. | | | | | Sold | 12/06/16 | J | A | |
| 44. McCormick & Co. (MCK) | B | Dividend | L | T | | | | | |
| 45. McDonalds (MDC) | A | Dividend | | | Sold | 02/29/16 | L | D | |
| 46. Monsanto Company | A | Dividend | K | T | | | | | |
| 47. 3 M (MMM) | B | Dividend | K | T | | | | | |
| 48. Nestle (NSRGY) | A | Dividend | K | T | | | | | |
| 49. Pepsico (PEP) | B | Dividend | L | T | | | | | |
| 50. Proctor & Gamble (PG) | B | Dividend | K | T | | | | | |
| 51. Royal Dutch Shell (RDSB) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | Smucker (SJM) | | None | K | T | Buy | 11/08/16 | K | | |
| 53. | Snyders-Lance (LNCE) | A | Dividend | K | T | | | | | |
| 54. | Sonoco (SON) | A | Dividend | | | Sold | 04/13/16 | K | E | |
| 55. | Suncor Energy (SU) | A | Dividend | | | Sold | 04/01/16 | K | A | |
| 56. | Unilever PLC | A | Dividend | K | T | | | | | |
| 57. | United Technologies (UTX) | B | Dividend | L | T | Buy (add'l) | 02/29/16 | K | | |
| 58. | Verizon (VZ) | | None | | | Buy | 11/08/16 | K | | |
| 59. | | | | | | Sold | 11/17/16 | K | A | |
| 60. | Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 61. | | | | | | | | | | |
| 62. | First Citizens Bank A | A | Dividend | K | T | | | | | |
| 63. | First Citizens Bank B Preferred | A | Dividend | K | T | | | | | |
| 64. | Hercules Capital (HTGC) (X) | A | Dividend | K | T | | | | | |
| 65. | Kinder Morgan (KMI)(X) | | None | K | T | | | | | |
| 66. | Pepco Holdings | A | Dividend | | | Sold | 03/28/16 | J | A | |
| 67. | Petroleo Brasileiro | | None | | | Sold | 12/22/16 | J | A | |
| 68. | Royal Bank of Canada (RY)(X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Amerprise Insured Money Market | A | Interest | J | T | | | | | |
| 70. Fidelity Equity Income/Cash Reserves (DMW) | A | Dividend | L | T | | | | | |
| 71. | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. American Electic & Power (AEP)(X) | A | Dividend | L | T | | | | | |
| 74. Duke Energy (DUK)(X) | A | Dividend | M | T | | | | | |
| 75. Exelon (EXC)(X) | A | Dividend | L | T | | | | | |
| 76. FirstEnergy (FE)(X) | A | Dividend | L | T | | | | | |
| 77. Hercules Capital (HTGC)(X) | A | Dividend | L | T | | | | | |
| 78. Kinder Morgan (KMI)(X) | | None | K | T | | | | | |
| 79. Royal Bank of Canada (RY)(X) | A | Dividend | M | T | | | | | |
| 80. Davenport Money Market (X) | A | Int./Div. | K | T | | | | | |
| 81. | | | | | | | | | |
| 82. Fidelity Equity Income (MMW) | A | Dividend | J | T | Buy (add'l) | 09/12/16 | J | | |
| 83. | | | | | | | | | |
| 84. Fidelity Equity Income (KLB) | A | Dividend | J | T | Buy (add'l) | 05/27/16 | J | | |
| 85. | | | | | | Sold (part) | 07/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Mutual Fund (401k) | A | Dividend | | | Buy | 03/22/16 | J | | |
| 87. | | | | | Sold | 11/28/16 | J | A | |
| 88. Allegion (ALLE) | A | Dividend | J | T | | | | | |
| 89. Anheuser-Busch Inbev (BUD) | | None | J | T | Buy | 12/06/16 | J | | |
| 90. Apple (AAPL) | A | Dividend | J | T | Buy | 03/24/16 | J | | |
| 91. Boston Beer Company (SAM) | | None | J | T | Buy | 03/17/16 | J | | |
| 92. Campbell Soup (CPB) | A | Dividend | J | T | | | | | |
| 93. Clorox (CLX) | A | Dividend | J | T | | | | | |
| 94. Coco Cola (KO) | | None | J | T | Buy | 12/06/16 | J | | |
| 95. Conagra (CAG) | A | Dividend | K | T | | | | | |
| 96. Cummins Inc. (CMI) | A | Dividend | J | T | | | | | |
| 97. Dupont (DD) | A | Dividend | J | T | | | | | |
| 98. Eaton (ETN) | A | Dividend | J | T | | | | | |
| 99. Exxon Mobil (XOM) | A | Dividend | J | T | | | | | |
| 100. Flowers Foods | A | Dividend | | | Buy | 03/24/16 | J | | |
| 101. | | | | | Sold | 08/16/16 | J | A | |
| 102. Franklin Resources Inc. | A | Dividend | | | Buy | 03/24/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/29/16 | J | A | |
| 104. General Electric (GE) | A | Dividend | J | T | | | | | |
| 105. Honeywell (HON) | | None | J | T | Buy | 12/07/16 | J | | |
| 106. Ingersoll-Rand PLC (IR) | A | Dividend | J | T | | | | | |
| 107. Kellogg (K) | A | Dividend | J | T | | | | | |
| 108. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 109. Lamb Weston Holdings | | None | | | Spinoff (from line 95) | 11/17/16 | J | | |
| 110. | | | | | Sold | 12/09/16 | J | A | |
| 111. 3M Company (MMM) | A | Dividend | J | T | | | | | |
| 112. McCormick & Co. (MKC) | A | Dividend | J | T | | | | | |
| 113. McDonalds (MCD) | A | Dividend | | | Sold | 03/03/16 | J | B | |
| 114. Nestle (NSRGY) | A | Dividend | J | T | | | | | |
| 115. Pepsico (PEP) | A | Dividend | J | T | | | | | |
| 116. Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 117. Seimens (SIEGY) | | None | J | T | Buy | 12/07/16 | J | | |
| 118. Snyders Lance (LNCE) | A | Dividend | J | T | | | | | |
| 119. Sonoco (SON) | A | Dividend | | | Sold | 04/14/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Unilever (UL) | A | Dividend | J | T | | | | | |
| 121. United Technologies (UTX) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 122. Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 01/04/16 | L | | |
| 123. | | | | | | | | | |
| 124. Estate #1 (H) | | | | | | | | | |
| 125. -First Citizens Bank | B | Interest | L | T | | | | | |
| 126. -Duke Energy | C | Dividend | J | T | Distributed (part) | 12/14/16 | N | | |
| 127. -Cenovus Energy | A | Dividend | J | T | | | | | |
| 128. -Encana Corp. | A | Dividend | J | T | | | | | |
| 129. - Kinder Morgan | B | Dividend | | | Distributed | 12/14/16 | L | | |
| 130. - Hercules Capital | B | Dividend | | | Distributed | 12/14/16 | M | | |
| 131. - Royal Bank of Canada | B | Dividend | J | T | Distributed (part) | 12/14/16 | M | | |
| 132. - First Energy Corp. | A | Dividend | | | Distributed | 12/14/16 | M | | |
| 133. - Exelon Corp. | A | Dividend | | | Distributed | 12/14/16 | M | | |
| 134. - Davenport Money Market | A | Int./Div. | | | Distributed | 12/14/16 | K | | |
| 135. -Clinic Building Stock | | None | | | Distributed | 12/15/16 | J | | |
| 136. - Real Estate, Littleton, NC (XY) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/22/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I
Line 2: The Turner W. Battle Scholarship Trust is an asset of Rocky Mount Academy. David M. Warren has no ownership interest in the funds of approximartely $500,000. The interest from the principal is used to fund educational scholarships for students attending Rocky Mount Academy in Rocky Mount, NC.

Part II:
Line 1: The Poyner Spruill LLP Retirement Plan (pension) is currently underfunded but is insured by the Pension Benefit Guaranty Corp. David M. Warren does not have information on the performance of the pension plan and has not made contributions or withdrawals. He has no liability for its performance. The entry regarding this asset was removed from Part VII (listed in 2014 on line 8) as it is correctly reported as a pension interest in Part II.

Part VII:
Line 1: The rental property in Rocky Mount was sold with a purchase money promissory note and deed of trust. The sum of $10,000 was paid at closing with the balance being financed over time.

Voluntary Amendment to 2015 Report: Kansas City Life Insurance Company conducted an involutary cash redemption of the shares of stock on December 22,2015 for the sum of $10,500 resulting in a gain of approximately $500. I did not initite the trade, so I was not aware of the transaction until I was preparing the 2016 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544